UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
------------------------------------------------------------------------X
JESUS QUIZHPI,

                           Plaintiff(s),    Index No.: 07cv4509

-against-                           **NOTICE OF ADOPTION**

50 TRINITY, LLC, 88 GREENWICH LLC, 90    **1:21-MC-00102-AKH**
CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC,, BLACK
DIAMONDS LLC, BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BOSTON PROPERTIES, INC.,
BROADWAY WEST STREET ASSOCIATES
LIMITED PARTNERSHIP, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR,
INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HIGHLAND DEVELOPMENT LLC, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP, NEW YORK
CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY
PLAZA, ONE WALL STREET HOLDINGS,
LLC., STEEPLECHASE ACQUISITIONS LLC,
STRUCTURE TONE (UK), INC., STRUCTURE

TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TOSCORP INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFPONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL,
                                            Defendant(s).
-----------------------------------------------------------------------X

C O U N S E L O R S :

      PLEASE TAKE NOTICE that Defendant, HILLMANN ENVIRONMENTAL GROUP, LLC, (hereinafter HILLMANN) as and for it's response to the allegations set forth in the Complaint by adoption or Check-Off Complaint related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses and all of the affirmative defenses contained in the Answer to the Master Complaint dated, filed and served August 2, 2007, *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein. Defendant, HILLMANN, also adopts the responses contained in any Amended Answer filed and served herein.

      PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all co-defendants.

      PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, also adopts all affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, HILLMANN, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated: White Plains, New York
September 11, 2007

Yours, etc.,

**SAM ROSMARIN, PLLC**

By: _____
Salvatore J. Calabrese, Esq. (5133)
Attorneys for Defendant
HILLMANN ENVIRONMENTAL GROUP LLC
11 Martine Avenue – 9th Floor
White Plains, New York 10606

(914) 686-4000

TO:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
(877) 982-4376
clopalo@napolibern.com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York 10279
Liaison Counsel for Plaintiffs
 (212) 553-9206
cannata@cannatalaw.com

**SERVICE RIDER**

**1:21-mc-102 Notice has been electronically mailed to:**

Donna-Marie Baloy     Baloyd@wemed.com

Brian Andrew Bender     bbender@harrisbeach.com, jsavitsky@harrisbeach.com

Dror Bikel     dbikel@sralawfirm.com

Judith Rita Cohen     cohenj@dicksteinshapiro.com

James J. Coster     jcoster@ssbb.com, asnow@ssbb.com, bmeans@ssbb.com, jrubins@ssbb.com, managingclerk@ssbb.com, tbrock@ssbb.com

Defendants     bbrender@harrisbeach.com

Andrew Riggs Dunlap     adunlap@kirkland.com, kenymanagingclerk@kirkland.com

Thomas A. Egan     tegan@fzw.com, service@fzw.com

Virginia Goodman Futterman     vfutterman@londonfischer.com

Christian Holt Gannon     cgannon@smsm.com

Roman E Gitnik     rgitnik@lifflander.com

Stanley Goos     Jsavitsky@harrisbeach.com, sgoos@harrisbeach.com

Robert Allen Grochow     rgrochow@aol.com

Benjamin E- Haglund     bhaglund@daypitney.com

John J. Henry     jhenry@woh.com, clalyer@woh.com, jkroll@woh.com, lrice@woh.com, wnolan@woh.com

Hillman Environmental Group, LLC.     sam@rosmarinlaw.com

Michael D. Hynes     michael.hynes@dlapiper.com

Barry Mark Kazan     bkazan@ebglaw.com

Frank Joseph Keenan     keenan@methwerb.com

LeFrak Organization Inc.     bbender@harrisbeach.com

Richard Eric Leff     Rleff@mcgivneyandkluger.com

Lefrak Organization, Inc.   bbender@harrisbeach.com

Eric Foster Leon   eleon@kirkland.com, kenymanagingclerk@kirkland.com

Christopher Allen McLaughlin   christopherm@zegam.com

Anthony Molloy , III   amolloy@pattonboggs.com

Kevin Jude O'Neill   KJO@GOGICK.COM

Michael David Reisman   mreisman@kirkland.com, kenymanagingclerk@kirkland.com

Gail L. Ritzert   gail.ritzert@hrrvlaw.com, martha.raskin@hrrvlaw.com

Sam Rosmarin   sam@rosmarinlaw.com

Andrew John Scholz   ascholz@fzw.com, enolan@fzwz.com, service@fzwz.com

Louis Smith   smithlo@gtlaw.com, gtcourtalert@gtlaw.com, petersr@gtlaw.com

Lee Ann Stevenson   lstevenson@kirkland.com, kenymanagingclerk@kirkland.com

Howard F. Strongin   hstrongin@sralawfirm.com

Jill Suzanne Taylor   jtaylor@sralawfirm.com

James Edward Tyrrell , JR   jtyrrell@pattonboggs.com, jhopkins@pattonboggs.com, tsaybe@pattonboggs.com

Mark Joseph Weber   mweber@moundcotton.com

Todd E. Weisman   toddw@efwlaw.com

Robin Michel Wertheimer   robinwertheimer@hotmail.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:   COUNTY OF WESTCHESTER:

  Cristina A. Villani, being duly sworn, says, I am not a party to the action, am over 18 years of age and reside at White Plains, New York.

  On September 11th, 2007 I filed with the USDC pursuant to ECF filing instructions under Case No.: 1:21-mc-00102-AKH and emailed a true copy of the annexed DEFENDANT HILLMAN ENVIRONMENTAL GROUP LLC NOTICE OF ADOPTION by electronic mailing the same to the following parties at their last known electronic mailing address:

Paul Napoli, Esq.  
WORBY GRONER EDELMAN  
NAPOLI & BERN, LLP  
115 Broadway, 12th Floor  
New York, New York  10006  
(877) 982-4376  
ShelleneBousher@NapoliBern,com

Robert A. Grochow, Esq.  
ROBERT A. GROCHOW, P.C.  
233 Broadway, 5th Floor  
New York, New York  10279  
(212) 608-4400  
rgrochow@aol.com

Gregory J. Cannata, Esq.  
LAW OFFICES OF GREGORY J. CANNATA  
233 Broadway, 5th Floor  
New York, New York  10279  
Liaison Counsel for Plaintiffs  
(212) 553-9206  
cannata@cannatalaw.com

All parties indicated on the  
**SERVICE RIDER**

                _____.  
                   Cristina A. Villani

Sworn to before me this  
11th day of September 2007

Charlene S. Rogers  
Notary Public  
No. 01RO 4703494  
Qualified in Westchester County  
Commission Expires 11/30/09