Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER   : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-------------------------------------------------------------X
JESUS QUIZHPI,                    : 07-CV-4509-AKH
                                  :
                    Plaintiff,    :
                                  : **NOTICE OF ADOPTION**
      - against -                 : **OF ANSWER**
                                  : **TO MASTER COMPLAINT**
50 TRINITY, LLC, *et al.*,        : **BY MERRILL LYNCH**
                                  :
                    Defendants.   : **ELECTRONICALLY FILED**
-------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-266796v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       September 14, 2007

                                    /s/ Judith R. Cohen_____
                                By: Robert J. Higgins (RH-6477)
                                    Judith R. Cohen (JC-8614)
                                    Kenneth H. Frenchman (KF-3635)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501
                                    *Attorneys for Defendant*
                                    MERRILL LYNCH & CO., INC.