UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X     07CV4509 (AKH)
JESUS QUIZHPI,

                              Plaintiffs,

       - against –

                                                    ANSWER

50 TRINITY, LLC, 88 GREENWICH LLC, 90 CHURCH STREET,
LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO.,
LLC. BLACK DIAMONDS LLC, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC.D/B/A BMS CAT,
BOSTON PROPERTIES INC. BROADWAY WEST STREET
ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD
FINANCIAL PROPERTIES, INC.BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC.,ENVIROTECH CLEAN AIR, INC., GENERAL
RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS,
INC., HIGHLAND DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL
GROUP, LLC. INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO. MERRILL LYNCH& CO. INC,
NATIONAL ASSOCIATION OF SECURITIES DEALERS INC., NEW
LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC. NOMURA
SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ONE WALL STREET HOLDINGS LLC. STEEPLECHASE ACQUISITIONS
LLC, STRUCTURE TONE GLOBAL SERVICES, INC.,  THE BANK
OF NEW YORK COMPANY, INC. THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178) TOSCORP
INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS INC. WFP ONE
LIBERTY PLAZA CO., L.P. WFP ONE LIBERTY PLAZA, CO. GP
CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P. WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P.,

AND WORLD FINANCIAL PROPERTIES, L.P., ET AL

                Defendants.
-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                      Yours, etc.

                                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                                      Attorneys for Defendant –Envirotech
                                      3000 Marcus Avenue, Suite 2E1
                                      Lake Success, New York 11042
                                      (516) 775-5800

                                      BY: _____
                                            Heather L. Smar (4622)