UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

----------------------------------------------------------------X

JESUS QUIZHPI, : 07-CV-4509-AKH

             Plaintiff, :

   - against - : **APPEARANCE**

50 TRINITY, LLC, *et al.*, :

             Defendants. : **ELECTRONICALLY FILED**

----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:   ___/s/ Judith R. Cohen___
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.