UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
JESUS QUIZHPI,                                                                                      07CV4509

                                             Plaintiffs,

    .    against
                                                                                      ANSWER TO
                                                                                      AMENDED
                                                                                      COMPLAINT

50 TRINITY, LLC, 88 GREENWICH LLC, 90
CHURCH STREET LIMITED PARTNERSHIP,
KASMAN DBA KASCO, AMBIENT.
GROUP INC., ANN TAYLOR STORES
CORPORATI0N, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
 BFP ONE LIBERTY PLAZA CO., LLC,, BLACK
DIAMONDS LLC, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOSTON PROPERTIES, INC.,
BROADWAY WEST STREET ASSOCIATES
LIMITED PARTNERSHIP, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTHERS, LP, BROOICFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR,
INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HIGHLAND DEVELOPMENT LLC, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,.
NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDIING AMERICA, INC., NOMURA
SECURITIES INTERNATIOI4AL, INC., ONE
LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC., STEEPLECHASE
ACQUISITIONS LLC, STRUCTURE TONE(UK),

INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE BANK OF NEW YORK COMPANY,
INC., THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), TOSCORP
INC., TUCKER ANTHONY, INC., VERIZON
NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP
ONE LIBERTY PLAZA, CO. GP, CORP., WFP
TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER.
B CO. G.P. CORP., WFP.TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P., AND
WORLD FINANCIAL PROPERTIES, L.P., ET AL
                                    Defendants
------------------------------------------------------------------x.

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as

and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off

Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts

Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-

captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       April 1, 2008

                        Yours, etc.

                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendant –Envirotech
                        3000 Marcus Avenue, Suite 2E1
                        Lake Success, New York 11042
                        (516) 775-5800

                        BY: _____
                              Heather L. Smar (4622)